# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN TURNER, JR., <br> Plaintiff, <br> v. <br> M.T.S., et al., <br> Defendant. | Case No.: 19cv147-LAB (BGS) <br><br> **ORDER OF DISMISSAL** |

Plaintiff David Bryan Turner filed his complaint in this case, without paying the filing fee or moving to proceed *in forma pauperis*. The complaint is **DISMISSED** for failing to pay the required filing fee. *See* 28 U.S.C. § 1915(a)(2); *Rodriguez v. Cook,* 169 F.3d 1176, 1177 (9th Cir. 1999). In order to reinstate his case, Turner must pay the filing fee or file a motion to proceed *in forma pauperis*, no later than **February 25, 2019**.

If he does either of these things, he must at the same time file a memorandum of points and authorities, not longer than five pages, showing why this action should not be dismissed as duplicative of case 19cv113-JLS (KSC), *Turner v. M.T.S.*, et al., which was filed January 16 in this District.

/ / /

/ / /

If he fails to show cause as ordered, this action will be dismissed as duplicative of the earlier-filed case.

**IT IS SO ORDERED**.

Dated: February 11, 2019

Hon. Larry Alan Burns
Chief United States District Judge